Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−35158−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Sharon Brown
 34 Green Meadow Dr
 Tinton Falls, NJ 07724−2768

Social Security No.:
 xxx−xx−7237

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/2/18.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: January 3, 2018
JAN: bwj

Jeanne Naughton
Clerk

```
                        United States Bankruptcy Court
                             District of New Jersey
In re:                                                          Case No. 17-35158-CMG
Sharon Brown                                                    Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin              Page 1 of 1         Date Rcvd: Jan 03, 2018
                              Form ID: 148             Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 05, 2018.
db            Sharon Brown,    34 Green Meadow Dr,    Tinton Falls, NJ 07724-2768
517229462     Apothaker Scian PC,    PO Box 5496,    Mount Laurel, NJ 08054-5496
517229463     Ars/Account Resolution Specialist,    PO Box 459079,    Sunrise, FL 33345-9079
517235654    +Exeter Finance LLC,    AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,
              Oklahoma City, OK 73118-7901
517239085    +First National Bank of Omaha,    1620 Dodge St., Stop Code 3105,    Omaha, NE 68197-0002
517229467     Remex Inc,    307 Wall St,    Princeton, NJ 08540-1515
517229469    +State of NJ- Div of Taxation,    PO Box 046,    Trenton, NJ 08601-0046
517229470     Traf Group Inc/A-1 Collections,    2297 Highway 33 Ste 906,    Hamilton Square, NJ 08690-1717

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Jan 03 2018 23:18:50      U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 03 2018 23:18:48      United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
517229461     EDI: GMACFS.COM Jan 03 2018 23:28:00      Ally Financial,    200 Renaissance Ctr,
              Detroit, MI 48243-1300
517229464     E-mail/PDF: ais.exeter.ebn@americaninfosource.com Jan 03 2018 23:21:43      Exeter Finance Corp,
              PO Box 166008,    Irving, TX 75016-6008
517238692    +E-mail/PDF: hcscollections@verizon.net Jan 03 2018 23:21:41      HCS COLLECTIONS,    P.O. BOX 306,
              WALDWICK, NJ 07463-0306
517229465     E-mail/PDF: hcscollections@verizon.net Jan 03 2018 23:21:41      Hcs Collections,
              75 Franklin Tpke,    Waldwick, NJ 07463-1831
517229466     EDI: IIC9.COM Jan 03 2018 23:28:00      I C System Inc,    PO Box 64378,
              Saint Paul, MN 55164-0378
517240543     EDI: PRA.COM Jan 03 2018 23:28:00      Portfolio Recovery Associates, LLC,    c/o The Gap,
              POB 41067,    Norfolk VA 23541
517229468     E-mail/Text: bankruptcy@savit.com Jan 03 2018 23:19:33      Savit Coll,    PO Box 250,
              East Brunswick, NJ 08816-0250
517231791    +EDI: RMSC.COM Jan 03 2018 23:28:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
              PO Box 41021,    Norfolk, VA 23541-1021
517229471     EDI: USAA.COM Jan 03 2018 23:28:00      Usaa Federal Savings Bank,    Attn: Bankruptcy,
              10750 McDermott Fwy,    San Antonio, TX 78288-0002
                                                                                              TOTAL: 11

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 3, 2018 at the address(es) listed below:
              Albert Russo     docs@russotrustee.com
              Christopher Keith Baxter     on behalf of Creditor    Wilmington Savings Fund Society FSB
               ecf@mlg-defaultlaw.com
              Marc C. Capone     on behalf of Debtor Sharon  Brown mcapone@caponeandkeefe.com,
               docs@caponeandkeefe.com
              Rebecca Ann Solarz     on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
               rsolarz@kmllawgroup.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5
```